**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7124**

ELBERT SMITH,

          Plaintiff - Appellant,

    v.

SUE BUNCH, Mailroom Clerk; TERESA PEASE, Mailroom Associate;
RANDALL C. MATHENA, Warden of Red Onion State Prison; GEORGE
M. HINKLE, Regional Administrator for the Western Region of
Virginia; HAROLD W. CLARKE, Director of Virginia Department
of Corrections,

          Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James P. Jones, District
Judge. (7:15-cv-00491-JPJ-RSB)

Submitted: December 15, 2016     Decided: December 21, 2016

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and DAVIS,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Elbert Smith, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elbert Smith appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint, as amended, after conducting review pursuant to 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Bunch, No. 7:15-cv-00491-JPJ-RSB (W.D. Va. July 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED